### American Home Circle v. Dora Schneider.

This case is controlled by the decision in American Home Circle v. Schneider, *ante*, p. 600.

Assumpsit. Appeal from the Circuit Court of Sangamon county;

the Hon. JAMES A. CREIGHTON, Judge, presiding. Heard in this court at the November term, 1906. Affirmed. Opinion filed June 1, 1907.

GEORGE W. KENNEY, for appellant.

EDWARD D. HENRY and ROBERT H. PATTON, for appellee.

PER CURIAM. The questions in this case (except one relating to amendments which is not involved here) are identical with those discussed in the case of American Home Circle v. Fritz Schneider, Jr., *ante*, p. 600.

The holdings announced in that case are decisive of this case and the judgment in favor of appellee against appellant, in the sum of $500, is affirmed.

*Affirmed.*

This case is controlled by the decision in American Home Circle v. Schneider, *ante*, p. 600.

